No. 79–1469. Cose *v.* Cose. Sup. Ct. Alaska. Certiorari denied.

No. 79–1617. Department of Transportation of Oklahoma *v.* Pile. Sup. Ct. Okla. Certiorari denied.

No. 80–196. City of San Diego et al. *v.* Metromedia, Inc., et al. Sup. Ct. Cal. Certiorari denied.

No. 80–1132. Russell *v.* Russell. Ct. App. Ky. Certiorari denied.

No. 80–1403. Seafarers International Union, Pacific District-Pacific Maritime Association Pension Plan *v.* Stone et al.; and

No. 80–1454. Carpenters Pension Trust for Southern California *v.* Kronschnabel; and Carpenters Pension Trust for Southern California *v.* Stone et al. C. A. 9th Cir. Certiorari denied. Reported below: Nos. 80–1403 and 80–1454 (second case), 632 F. 2d 740; No. 80–1454 (first case), 632 F. 2d 745.

No. 80–6302. Castillo *v.* Louisiana. Sup. Ct. La. Certiorari denied.

No. 80–6631. In re John C. Sup. Ct. R. I. Certiorari denied.

No. 80–498. Schweiker, Secretary of Health and Human Services *v.* Norman et al. C. A. 5th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 80–792. Januszewski *v.* Connecticut. Sup. Ct. Conn. Certiorari denied. Justice Brennan and Justice Marshall would grant certiorari.